1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DANA DEMETRIUS BAIRFIELD,

11              Plaintiff,                    No. CIV S-06-2712 DFL EFB P

12       vs.

13  SOLANO COUNTY SHERIFF'S
     DEPARTMENT,
14
              Defendants.              ORDER
15  _____/

16       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17  *See* 42 U.S.C. § 1983.  This action proceeds on the November 20, 2006, complaint alleging that

18  several defendants used excessive force against him and that another thereafter refused to

19  provide medical treatment.  On May 3, 2007, plaintiff filed a document styled, "request for

20  minute order," in which he alleges that the access he has to legal materials is hindering his

21  ability to represent himself in this action.  The court construes this as a request for a preliminary

22  injunction directing that he be provided access to necessary legal materials.  However, "No

23  preliminary injunction shall be issued without notice to the adverse party."  Fed. R. Civ. P.

24  65(a)(1).  Defendants have not yet been served with process and have not appeared in this action.

25  Thus, the court cannot direct them to respond to plaintiff's request.  Nor has plaintiff established

26  that he meets the standards for preliminary injunctive relief.

1        Accordingly, it is ORDERED that plaintiff's May 3, 2007, request for minute order is

2  denied without prejudice.

3  Dated:  May 23, 2007.

4                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26