IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DEMETRIUS BAIRFIELD,

        Plaintiff,                  No. CIV S-06-02712 ALA P

    vs.

SOLANO COUNTY SHERIFFS DEPARTMENT, etc.,

        Defendants.         <u>ORDER</u>

                                /

        Defendants have requested an extension of time in which to take plaintiff's deposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's request for an extension of time is granted; and

        2. The discovery deadline for both parties shall be extended to October 31, 2007.

DATED: September 7, 2007

                                                  <u>/s/ Arthur L. Alarcón</u>
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation