IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DEMETRIUS BAIRFIELD,

    Plaintiff,                      No. CIV S-06-2712 ALA P

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.              ORDER

/

    Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights violation pursuant to 42 U.S.C. § 1983. On September 6, 2007, Defendants Hall and Joseph filed a motion for summary judgment. On September 13, 2007, Defendants Castillo, Smith, Janes and Tijero filed a motion to dismiss or alternatively a motion for summary judgment. On October 29, 2007, Defendant Shepard filed a motion for summary judgment. Finally, on November 20, 2007, Defendants Joseph, Hall, Castillo, Smith, Janes and Tijero filed a motion for summary judgment. Plaintiff has not filed a response to any of these motions.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's file a response to the above listed motions within forty-two (42) days of the date of this order.

DATED: November 21, 2007                      /s/ Arthur L. Alarcón
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation

1